

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00051-CR

TERRANCE NORVELL, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 51694-A

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Court reporter Grelyn Freeman recorded the trial court proceedings in appellate cause number 06-21-00051-CR, styled *Terrance Norvell, Jr. v. The State of Texas*, trial court cause number 51694-A, in the 188th Judicial District Court of Gregg County, Texas. The reporter's record was originally due in this matter on September 17, 2021. That deadline was extended twice by this Court, on Freeman's motions, resulting in the most recent due date of November 17, 2021. Although we warned Freeman that additional requests to extend the filing deadline would not be granted, she has nonetheless filed a third request for an extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

We, therefore, order Freeman to file the reporter's record in cause number 06-21-00051-CR, styled *Terrance Norvell, Jr. v. The State of Texas*, trial court cause number 51694-A, in the 188th Judicial District Court of Gregg County, Texas, to be received no later than December 17, 2021.

IT IS SO ORDERED.

BY THE COURT

Date:   December 1, 2021